■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND WOODS, Appellant. [716 NYS2d 346] —Appeal unanimously dismissed (*see*, CPL 450.90 [1]; *People v Sullivan*, 275

App Div 1016). (Appeal from Order of Erie County Court, Pietruszka, J.—Demolition.) Present—Pigott, Jr., P. J., Pine, Hayes, Wisner and Kehoe, JJ.